1
2
3
4
5
6
7

## UNITES STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS P. NAPIER, individually and on behalf of other persons similarly situated,<br><br>                Plaintiff,<br><br>      vs.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 through 10,<br><br>                Defendants. | Case No. 12-cv-00121-SVW-PLA<br><br>CLASS ACTION<br><br>**ORDER RE DISMISSAL**<br><br><br>JS-6 |

In accordance with the stipulation of the parties, and finding good cause to have been shown thereby, the Court hereby orders that this action is dismissed without prejudice with each party to bear its respective costs and attorney's fees.

*[signature]*

Dated:  June 14, 2012  _____
_____
                                            United States District Judge

[proposed] ORDER RE DISMISSAL