UNITES STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS P. NAPIER, individually and on behalf of other persons similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 12-cv-00121-SVW-PLA<br><br>CLASS ACTION<br><br>**ORDER RE DISMISSAL**<br><br>JS-6 |

　　　In accordance with the stipulation of the parties, and finding good cause to have been shown thereby, the Court hereby orders that this action is dismissed without prejudice with each party to bear its respective costs and attorney's fees.

Dated:  June 14, 2012  _____
　　　　_____
　　　　　　　　　　　　　United States District Judge

[proposed] ORDER RE DISMISSAL